[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 15, 2007
THOMAS K. KAHN
CLERK

No. 07-12220
Non-Argument Calendar

_____

D. C. Docket No. 06-00020-CR-CDL-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHEILA TOLBERT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(November 15, 2007)**

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Sheila Tolbert, has filed a motion to

withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record confirms counsel's representation that there are no issues of arguable merit for an appeal, the motion to withdraw is **GRANTED** and Tolbert's revocation of supervised release and sentence are **AFFIRMED**.